IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RACHEL L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 4:22-cv-00077-DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul Kohler on July 14, 2023, recommends that the Commissioner's decision be reversed and remanded to allow consideration of whether Plaintiff can hold a job for a significant period of time in light of the opinions of Dr. Hatch.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[3] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 24, filed July 14, 2023.

[2] *Id.*

[3] *Id.*

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and this decision of the ALJ is REVERSED and the case is REMANDED.

The Clerk is directed to close the case.

Signed December 12, 2023.

BY THE COURT

District Judge David Nuffer

---

[4] *Id.*